**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANDREW BROWN and HC COMPOSITES,: | CIVIL ACTION | |
| LLC, Inc., | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| BINSWANGER MANAGEMENT CORP. | : | |
| and DAVID BINSWANGER | : | |
| *Defendants*. | : | NO.  26-cv-475 |

## ORDER

**AND NOW,** this **25th** day of **June 2026**, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Complaint (ECF No. 18), Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss (ECF No. 21), Defendants' Reply in Further Support of their Motion to Dismiss (ECF No. 22), and the docket, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss Plaintiffs' Complaint (ECF No. 18) is **GRANTED** for the reasons stated in the accompanying Memorandum Opinion.

2. The Complaint (ECF No. 1) is **DISMISSED without prejudice**.

3. Plaintiffs may file an amended complaint within thirty (30) days of the date of this Order, on or before **July 27, 2026**. After thirty (30) days, if Plaintiffs do not file an amended complaint, the Court will issue a final order dismissing the case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**