**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANDREW BROWN and HC COMPOSITES, L.L.C.,** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| **v.** | : | **NO. 26-cv-00475** |
| **BINSWANGER MANAGEMENT CORP. and DAVID BINSWANGER,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 23rd day of October 2026, upon consideration of Defendants' Motion to Dismiss (ECF No. 26) (the "Motion), the Response in Opposition (ECF No. 27) and the Reply (ECF No. 29) thereto, and following oral argument on the Motion, and for the reasons stated on the record during the hearing and set forth in greater detail in the accompanying Memorandum Opinion, it is **HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss is **GRANTED**;

2. Counts II and III of Plaintiffs' Amended Complaint are **DISMISSED with prejudice**; and

3. Count I of Plaintiffs' Amended Complaint is **DISMISSED with leave to amend** if a good faith basis exists to do so, and Plaintiffs shall file any Amended Complaint within fourteen (14) days of the date of this Order.

Dated: October 23, 2026

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**